1  Evan J. Smith (SBN 242352)
   BRODSKY & SMITH, LLC
2  9595 Wilshire Blvd., Suite 900
   Beverly Hills, CA 90212
3  Telephone: (877) 534-2590
   Facsimile: (310) 247-0160
4  esmith@brodsky-smith.com

5  *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. TESSITORE, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br>vs.<br>NOVELLUS SYSTEMS, INC., RICHARD S. HILL, WILLIAM R. SPIVEY, NEIL R. BONKE, YOUSSEF A. EL-MANSY, GLEN G. POSSLEY, DELBERT WHITAKER, YOSHIO NISHI, ANN D. RHOADS, KRISHNA SARASWAT, LAM RESEARCH CORPORATION and BLMS INC.<br><br>               Defendants. | Case No. 12-cv-00792<br><br>[~~PROPOSED~~] **ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Pursuant to the Parties' agreement to resolve the action and to memorialize the settlement into a Stipulation of Settlement within the next 30 days, and need to submit the settlement for court approval to Judge James Kleinberg who presides over the first filed and related shareholder litigation presently pending in the Superior Court of California – Santa Clara County- *In re Novellus Shareholder Litigation,* Case No. 1-11CV2150766, good cause exists to stay this matter for at least 90 days and to defer the case management conference until ⎯December 6⎯ , 2012.

Dated: 8/30/12                                    BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 1 -
[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE