1  Evan J. Smith (SBN 242352)
   BRODSKY & SMITH, LLC
2  9595 Wilshire Blvd., Suite 900
   Beverly Hills, CA 90212
3  Telephone: (877) 534-2590
   Facsimile: (310) 247-0160
4  esmith@brodsky-smith.com

5  *Attorney for Plaintiff*

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 _____
                                          )
11 JAMES P. TESSITORE, on behalf of himself )   Case No. 12-cv-00792
   and all others similarly situated,      )
12                                         )   [~~PROPOSED~~] ORDER
                         Plaintiff,        )   GRANTING CONTINUANCE
13                                         )   OF CASE MANAGEMENT
                    vs.                    )   CONFERENCE
14                                         )
   NOVELLUS SYSTEMS, INC., RICHARD         )
15 S. HILL, WILLIAM R. SPIVEY, NEIL R.     )
   BONKE, YOUSSEF A. EL-MANSY, GLEN        )
16 G. POSSLEY, DELBERT WHITAKER,           )
   YOSHIO NISHI, ANN D. RHOADS,            )
17 KRISHNA SARASWAT, LAM RESEARCH          )
   CORPORATION and BLMS INC.               )
18                                         )
                         Defendants.
19 _____

        Pursuant to the Parties' agreement to resolve the action and to memorialize the
20 settlement into a Stipulation of Settlement within the next 30 days, and need to submit
21 the settlement for court approval to Judge James Kleinberg who presides over the first
22 filed and related shareholder litigation presently pending in the Superior Court of
23 California – Santa Clara County- *In re Novellus Shareholder Litigation,* Case No. 1-
24 11CV2150766, good cause exists to stay this matter for at least 90 days and to defer
25 the case management conference until __December 6__ , 2012.
26 Dated: __8/30/12__                    BY THE COURT:
27
                                          _____
28                                        UNITED STATES DISTRICT JUDGE

                                - 1 -
           [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT
                                CONFERENCE

*IT IS SO ORDERED / Judge Phyllis J. Hamilton*